UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-10011-Cr-KING

UNITED STATES OF AMERICA

v.

LOUIS ROMERO-LARREINGA and
RODAVALDO AVILA,

        Defendants.
_____/

GOVERNMENT'S RESPONSE TO DEFENDANTS' OBJECTIONS TO PSI

The government through the undersigned hereby responds to the defendants' objections to the PSI on the issue of the safety of the boat which raises the offense level from a level 15 to a level 18.

**The government will present two witnesses at the sentencing on Thursday, August 22, at 1:30**: Border Patrol Special Agent Gary Unger and a Coast Guard officer, to testify as to the safety hazards of the boat. The government's questions should not last longer than between 15-20 minutes.

The government will concede at this time that one of the engines was working.

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

By: _____
        NANCY LANGSTON
        Assistant United States Attorney
        Court Assigned No. A5500437
        99 N.E. 4th Street, 6th Floor
        Miami, Florida 33133
        Tel: 305-961-9012
        Fax: 305-530-7976

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing was mailed first class to Manuel Gonzalez, Jr., 782 N.W. 42nd Avenue, Suite 440, Miami, Florida 33126 on August 19, 2002.

*Nancy Langston*
Nancy Langston, AUSA