PS 8
(8/88)

# United States District Court
### for
### SOUTHERN FLORIDA



FILED by _____ D.C.

**OCT 29 2002**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**U. S. A. vs. AVILA-SANCHEZ, RODOBALDO**          **Docket No. 02-10011-CR-KING**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **JIM NAVARRO PRETRIAL SERVICES OFFICER** presenting an official report upon the conduct of defendant **RODOBALDO AVILA-SANCHEZ** who was placed under pretrial release supervision by the **Honorable STEPHEN T. BROWN, United State Magistrate Judge** sitting in the court at **Miami, on the 1st day of March 2002** with the following conditions:

- Report to Pretrial Services as directed;
- Seek or actively maintain employment;
- Surrender all travel documents to Pretrial Services;
- May not visit commercial transportation establishments;
- Travel is extended throughout Florida and the continental U.S.; and
- Standard condition of bond which states, the defendant is to abide by any judgement entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

- The defendant failed to report to Pretrial Services as directed by failing to make his weekly scheduled telephone calls for October 11, 2002 and October 15, 2002 . Attempts to contact him via his personal cellular phone and calls to his residence of record have been to no avail. As of today, the defendant's whereabouts are unknown and it appears the defendant has absconded from Pretrial Services supervision.

## PRAYING THAT THE COURT WILL ORDER THE ISSUANCE OF AN ARREST WARRANT AND THAT NO BOND BE SET PENDING A HEARING BEFORE YOUR HONOR TO DETERMINE WHY BOND SHOULD NOT BE REVOKED.

**ORDER OF COURT**

Considered and ordered this ___79___ day of____OCT____, 2002 and ordered filed and made a part of the records in the above case.

_____
**Honorable James Lawrence King
Senior U. S. District Court Judge**

copies: USM & AUSA N. Langston

Respectfully,

_____
Jim Navarro
U.S. Pretrial Services Officer

Place ___Miami, FL___

Date October 18, 2002

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
## for the
## Southern District of Florida

### Case :02CR-10011-KING

United States of America

v

## AVILA-SANCHEZ, RODOBALDO

## WARRANT FOR ARREST

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **Rodobaldo Avila-Sanchez, (White, hispanic, Male, 3/6/64)**
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   **X Order of Court**   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):
## VIOLATION OF BOND CONDITIONS

in violation of Title ____18____ United States Code, Section(s) __3148 (a)(b)__

Bond recommendation from requesting official: __NO BOND   (Jim Navarro, U.S. Pretrial Services Officer)__

Bail fixed at $____NONE_____      By _____

**James Lawrence King, Senior U.S. District Court Judge**

_____         10/29/02
Signature of Issuing Judicial Officer          Date and location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |