UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:02-10011-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

V.

RODOBALDO AVILA-SANCHEZ

    Defendants.     /

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

ORDERED AND ADJUDGED as follows: *Juan Gonzalez, JR appeared for defendant. Remanded to the Custody of the USMS. Next appearance before Judge King*

**DONE AND ORDERED** at Miami, Florida this 20TH of MARCH 2009.

TAPE NO:09E- *08-2040*

    TED E. BANDSTRA
    CHIEF U.S. MAGISTRATE JUDGE

CC:    AUSA
    Defense Counsel
    U.S. Marshal
    Pretrial Services