UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 02-10011-CR-KING

VS.

RODOBALDO AVILA SANCHEZ,

    Defendant.
_____/

## DEFENDANT STATUS REPORT

COMES NOW, the Defendant, RODOBALDO AVILA SANCHEZ, by and through his undersigned, and files this Status Report, in response to the Court's Order Directing Parties to File a Status Report, dated May 19, 2009, (DE 69), and states:

    1.    On March 20, 2009, the Defendant surrendered to the United States Marshal Service, Miami, Florida. Thus, this Court's Warrant for Arrest, dated 10/29/02, was executed. See Return (DE 68).

    2.    No additional action is pending before this Court and no additional action needs to be taken by this Court.

    3.    Undersigned counsel has spoken with Sharad A. Motiani, Assistant United States Attorney, who agrees that no additional action needs to be taken by this Court with regard to the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2009, I electronically filed the foregoing document/pleading with the Clerk of Court using CM/ECF.

        Respectfully submitted,

        MANUEL GONZALEZ, JR., ESQ.
        815 Ponce de Leon Blvd.
        Suite 302
        Coral Gables, Florida 33134
        (305) 444-1400
        (305) 444-1750 (Fax)
        mannylaw@quixnet.net (e-mail)

BY: s/Manuel Gonzalez, Jr.
     MANUEL GONZALEZ, JR., ESQ.
     FLORIDA BAR NO. 397997